# EXHIBIT B

U.S. PAT. NO. 6,470,345 v. Box

Box's content management and file sharing software accessible and offered via the Box Platform (*see* www.box.com/platform), including Business, Individual and Enterprise Editions (*see* www.box.com/for-enterprise; www.box.com/pricing-business;www.box.com/pricing-individual), which replace substrings in file and directory pathnames with tokens by reading a name string to be converted into a list of tokens, canonicalizing a current working directory and the name string to form a pathname that contains a plurality of substrings, parsing the pathname and replacing each substring with an associated token, and validating the parsed pathname containing the list of tokens (the "Accused Products").

| Claim | Accused Products |
|---|---|
| 1. A method for replacing substrings in file and directory pathnames with tokens in a computer-implemented file system, comprising the acts of: | The Accused Products practice a method for replacing substrings in file and directory pathnames with tokens in a computer-implemented file system.<br><br>For example, Box is a cloud-based service that offers computer-implemented storage and access for PCs and mobile devices.  Using Box, the user can create folders and sub-folders identified with directory pathnames.  The system is implemented on computers used to input, upload, store, download and share files.<br><br>Box is a cloud service that offers storage, backup and sync options, and access for PCs, Macs and mobile devices of all kinds. While Box is a viable candidate for personal or business users, it's best suited for businesses that need to share and collaborate on files.<br><br>Source: https://www.business.com/reviews/box-cloud-storage-and-online-backup-services/ |

U.S. PAT. NO. 6,470,345 v. Box

| Claim | Accused Products |
|---|---|
| | **Uploading Files**<br><br>It's a breeze to share files using Box, but first – naturally – you'll need some in your account! You've got two main choices: Use **Upload Files** when you only have a few to get to the cloud, and **Bulk Upload** when the job's a bit bigger.<br><br>✔ **Quick Tip**<br>There's more than one way to get your content to Box. Try all of them: Upload, Bulk Upload, Sync and Emailing Files to Box.<br><br>Source:https://admin.kuleuven.be/icts/onderzoek/BOX/end-user-guide.pdf<br><br>Box is where teams work as one<br><br>Easily work with anyone when all of your files — notes, documents, presentations, videos and more — are securely editable in the cloud. Invite anyone to collaborate, join in the conversation or just have access to the right files at the right time. Change permissions at any time, keeping your information secure. And with everything in one place, you'll never lose another file or ever have to deal with the risks and challenges of email attachments. Millions of people — and 69% of the Fortune 500 — use Box to drive their businesses in the digital age.<br><br>Source: https://www.box.com/for-individuals-teams |

3053724.v1
2

U.S. PAT. NO. 6,470,345 v. Box

| Claim | Accused Products |
|---|---|
| | ## Folder Object<br><br>Folders contain information about the items contained inside of them, including files and other folders. There is also a set of metadata such as who owns the folder and when it was modified that is also returned. When accessing other resources that make reference to folders, a 'mini folder' object will be used. The 'mini folder' object will return `type` `id` , `sequence_id` , `etag` , and `name` .<br><br>*Italicized attributes* are not returned by default and must be retrieved through the `fields` parameter.<br><br>Source: https://developer.box.com/reference |
| 1a) reading a name string to be converted into a list of tokens; | Each folder and file is represented by a string.  Strings are read and for example, if a string is already known, an error message is generated. |

U.S. PAT. NO. 6,470,345 v. Box

| Claim | Accused Products |
|---|---|
| | **type** `folder`<br>string |
| | **id** The ID of the folder object<br>string |
| | **sequence_id** A unique ID for use with<br>string the `/events` endpoint.<br>May be `null` for some<br>folders, such as root or<br>trash. |
| | **etag** The entity tag of this<br>string folder object. Used with If-<br>Match headers. May be<br>`null` for some folders<br>such as root or trash. |
| | **name** The name of the folder<br>string |
| | Source: https://developer.box.com/reference |

U.S. PAT. NO. 6,470,345 v. Box

| Claim | Accused Products |
|---|---|

### Upload File

Use the Upload API to allow users to add a new file. The user can then upload a file by specifying the destination folder for the file. If the user provides a file name that already exists in the destination folder, the user will receive an error.

**name**
string

REQUIRED
The name of the file

**parent**
object

**parent.id**
string

REQUIRED
The ID of the parent folder. Use "0" for the root folder.

Source: https://developer.box.com/reference

PATH PARAMS

**file_id**
string

REQUIRED

Source: https://developer.box.com/reference

U.S. PAT. NO. 6,470,345 v. Box

| Claim | Accused Products |
|---|---|
| 1b) canonicalizing a current working directory and the name string to form a pathname containing a plurality of substrings; | The Accused Products perform a step of canonicalizing a current working directory and the name string to form a pathname containing a plurality of substrings.  For example, a folder is located by an attribute 'path_collection', which is the path of folders to the folder starting at the root.  As the attribute 'path_collection' includes the path of folders, it contains a plurality of substrings i.e., folder names:<br><br>**type**<br>string          folder<br><br>**id**<br>string          The ID of the folder object<br><br>**sequence_id**<br>string          A unique ID for use with the /events endpoint. May be null for some folders, such as root or trash.<br><br>**etag**<br>string          The entity tag of this folder object. Used with If-Match headers. May be null for some folders such as root or trash.<br><br>**name**<br>string          The name of the folder<br><br>**path_collection**<br>collection          The path of folders to this folder, starting at the root.<br><br>Source: https://developer.box.com/reference |

U.S. PAT. NO. 6,470,345 v. Box

| Claim | Accused Products |
|---|---|
|  | type    `file`<br>string<br><br>**id**         The ID of the file object<br>string<br><br>**file_version**    The version information of the file<br>object<br><br>**sequence_id**    A unique ID for use with the `/events`<br>string        endpoint<br><br>**etag**        The entity tag of this file object. Used<br>string        with `If-Match` headers.<br><br>**sha1**        The SHA-1 hash of this file<br>string<br><br>**name**        The name of this file<br>string<br>**size**        Size of this file in bytes<br>integer<br><br>**path_collection**    The path of folders to this item, starting<br>object        at the root |
|  | Source: https://developer.box.com/reference |
| 1c) parsing the pathname and | The Accused Products perform the step of parsing the pathname and replacing each substring with an associated token. |

U.S. PAT. NO. 6,470,345 v. Box

| Claim | Accused Products |
|---|---|
| replacing each substring with an associated token; and | Each folder and file is represented by a sequence of tokens.  As the selected folder changes, the last five numerical values in the sequence of tokens change.  Therefore, the last five numerical values in the sequence of tokens represent the selected folder and the remaining numerical values represent the path of folders (or root) to the selected folder. |
| 1d) validating the parsed pathname containing the list of tokens. | The Accused Products perform the step of validating the parsed pathname containing the list of tokens.<br><br>The IDs associated with folders and files are validated before requests for upload, download or editing are sent to the cloud.<br><br>```\nboxr v0.3.3\n\n   Big fixes\n\n       • box.com API changes had made the ordering in box_previous_versions unreliable (693f5a2)\n\n   Improvements\n\n       • Example of usage with magrittr pipes is added to the README\n\n       • box file/folder id's are now validated locally before requests are sent\n```<br>Source: https://cran.r-project.org/web/packages/boxr/news.html |
| 9. A method for enhancing performance related to a selected file system operation in a computer-implemented file system, | The Accused Products practice the method for enhancing performance related to selected file system operation.<br><br>For example, Box is a cloud-based service that offers computer-implemented storage and access for PCs and mobile devices.  Using Box, the user can create folders and sub-folders and also, upload files in these folders created on the cloud.  File operations include operations such as create, delete, open, rename and compare files. A user can request to create, delete, or rename a file/folder or upload file. |

U.S. PAT. NO. 6,470,345 v. Box

| Claim | Accused Products |
|---|---|
| comprising the acts of: | Box is a cloud service that offers storage, backup and sync options, and access for PCs, Macs and mobile devices of all kinds. While Box is a viable candidate for personal or business users, it's best suited for businesses that need to share and collaborate on files.<br><br>Source: https://www.business.com/reviews/box-cloud-storage-and-online-backup-services/<br><br>**Uploading Files**<br><br>It's a breeze to share files using Box, but first – naturally – you'll need some in your account! You've got two main choices: Use **Upload Files** when you only have a few to get to the cloud, and **Bulk Upload** when the job's a bit bigger.<br><br>✔ **Quick Tip**<br>There's more than one way to get your content to Box. Try all of them: Upload, Bulk Upload, Sync and Emailing Files to Box.<br><br>Source:https://admin.kuleuven.be/icts/onderzoek/BOX/end-user-guide.pdf<br><br>Box is where teams work as one<br><br>Easily work with anyone when all of your files — notes, documents, presentations, videos and more — are securely editable in the cloud. Invite anyone to collaborate, join in the conversation or just have access to the right files at the right time. Change permissions at any time, keeping your information secure. And with everything in one place, you'll never lose another file or ever have to deal with the risks and challenges of email attachments. Millions of people — and 69% of the Fortune 500 — use Box to drive their businesses in the digital age.<br><br>Source: https://www.box.com/for-individuals-teams |

U.S. PAT. NO. 6,470,345 v. Box

| Claim | Accused Products |
|---|---|
| | **Upload File**<br><br>Use the Upload API to allow users to add a new file. The user can then upload a file by specifying the destination folder for the file. If the user provides a file name that already exists in the destination folder, the user will receive an error.<br><br>**name** REQUIRED<br>string    The name of the file<br><br>**parent**<br>object<br><br>**parent.id** REQUIRED<br>string    The ID of the parent folder. Use "0" for the root folder.<br><br>Source: https://developer.box.com/reference |

U.S. PAT. NO. 6,470,345 v. Box

| Claim | Accused Products |
|---|---|
| | Rename Files And Folders<br>To **rename** a file or folder, **right-click** the item (or click the ellipses (...)), then select **Rename**. This will open up a text box where you can change the file name.<br><br>Source: https://community.box.com/t5/Managing-Files-and-Folders/Rename-Files-And-Folders/ta-p/50467 |

U.S. PAT. NO. 6,470,345 v. Box

| Claim | Accused Products |
|-------|------------------|
| |  |

U.S. PAT. NO. 6,470,345 v. Box

| Claim | Accused Products |
|---|---|
| | To delete multiple files and/or folders:<br><br>• Select the items you'd like to delete by **holding the Shift or Command key** and **clicking** next to each file/folder name. Use Shift to select all items between the first and last item selected. Use Command to select multiple items individually. Selected items will be highlighted.<br><br>• Once you have selected all items, scroll to the top of the file display area and click the **Trash** button in the upper-right.<br><br><br><br>Source: https://community.box.com/t5/Managing-Files-and-Folders/Delete-Files-nbsp-or-nbsp-Folders/ta-p/50464 |
| 9a) reading a name string on which to conduct file system operation; | As with claim 1a) above, the Accused Products perform the step of reading a name string for the purposes of, for example, renaming or deleting a folder or file: |

U.S. PAT. NO. 6,470,345 v. Box

| Claim | Accused Products |
|-------|------------------|
| | **type** `folder`<br>string<br><br>**id** The ID of the folder object<br>string<br><br>**sequence_id** A unique ID for use with<br>string the `/events` endpoint.<br> May be `null` for some<br> folders, such as root or<br> trash.<br><br>**etag** The entity tag of this<br>string folder object. Used with If-<br> Match headers. May be<br> `null` for some folders<br> such as root or trash.<br><br>**name** The name of the folder<br>string<br><br>Source: https://developer.box.com/reference |

U.S. PAT. NO. 6,470,345 v. Box

| Claim | Accused Products |
|---|---|
| | **type**<br>string      file |
| | **id**<br>string      The ID of the file object |
| | **file_version**<br>object      The version information of the file |
| | **sequence_id**<br>string      A unique ID for use with the /events endpoint |
| | **etag**<br>string      The entity tag of this file object. Used with If-Match headers. |
| | **sha1**<br>string      The SHA-1 hash of this file |
| | **name**<br>string      The name of this file |
| | Source: https://developer.box.com/reference |
| | The strings are read, for example, in order to rename or delete a file or folder: |

U.S. PAT. NO. 6,470,345 v. Box

| Claim | Accused Products |
|---|---|
|  | <br><br>Source: https://community.box.com/t5/Managing-Files-and-Folders/Rename-Files-And-Folders/ta-p/50467 |

U.S. PAT. NO. 6,470,345 v. Box

| Claim | Accused Products |
|-------|------------------|
| |  Source: https://community.box.com/t5/Managing-Files-and-Folders/Delete-Files-nbsp-or-nbsp-Folders/ta-p/50464 |
| 9b) canonicalizing a current working directory and the name string to form a pathname containing a plurality of substrings; | The Accused Products perform a step of canonicalizing a current working directory and the name string to form a pathname containing a plurality of substrings. *See* above at 1b). |

U.S. PAT. NO. 6,470,345 v. Box

| Claim | Accused Products |
|---|---|
| 9c) parsing the pathname and replacing each substring with an associated token; | The Accused Products perform the step of parsing the pathname and replacing each substring with an associated token.<br><br>*See* above at 1c). |
| 9d) validating the parsed pathname containing a list of tokens; and | The Accused Products perform the step of validating the parsed pathname containing the list of tokens:<br><br>boxr v0.3.3<br><br>**Big fixes**<br><br>• box.com API changes had made the ordering in box_previous_versions unreliable (693f5a2)<br><br>Improvements<br><br>• Example of usage with magrittr pipes is added to the README<br><br>• box file/folder id's are now validated locally before requests are sent<br><br>Source: https://cran.r-project.org/web/packages/boxr/news.html |
| 9e) performing the selected file system operation on the parsed pathname. | The Accused Products perform the selected operation, e.g. renaming or deleting a folder or file: |

U.S. PAT. NO. 6,470,345 v. Box

| Claim | Accused Products |
|---|---|
| | <br>Source: https://community.box.com/t5/Managing-Files-and-Folders/Rename-Files-And-Folders/ta-p/50467 |

U.S. PAT. NO. 6,470,345 v. Box

| Claim | Accused Products |
|---|---|
|  | <br><br>Source: https://community.box.com/t5/Managing-Files-and-Folders/Delete-Files-nbsp-or-nbsp-Folders/ta-p/50464 |
| 17. A computer readable medium containing a computer program product for replacing substrings in file and directory pathnames with tokens in a | The Accused Products practice the method for replacing substrings in file and directory pathnames with tokens in a computer-implemented file system that includes a computer readable medium.<br><br>For example, Box is a cloud-based service that offers storage and access for PCs and mobile devices.  Using Box, the user can create folders and sub-folders and also, upload files in these folders created on the cloud.  The Box app is compatible with various devices like mobile phones, tablets and desktops and works for iOS, android and windows environment. |

U.S. PAT. NO. 6,470,345 v. Box

| Claim | Accused Products |
|---|---|
| computer-implemented file system, comprising: | **Box is where teams work as one**<br><br>Easily work with anyone when all of your files — notes, documents, presentations, videos and more — are securely editable in the cloud. Invite anyone to collaborate, join in the conversation or just have access to the right files at the right time. Change permissions at any time, keeping your information secure. And with everything in one place, you'll never lose another file or ever have to deal with the risks and challenges of email attachments. Millions of people — and 69% of the Fortune 500 — use Box to drive their businesses in the digital age.<br><br>**Works on any device**<br>Box works seamlessly from any web browser as well as natively on iOS® and Android™ for mobile and tablet devices.<br><br>Source: https://www.box.com/for-individuals-teams |

U.S. PAT. NO. 6,470,345 v. Box

| Claim | Accused Products |
|---|---|
| | **DESKTOP APPS** <br> **Box Apps for Desktop** <br><br> **Box Drive for Mac**      **Box Drive for Windows** <br><br> Access all your Box files directly from your desktop, taking up very little hard drive space      Access all your Box files directly from your desktop, taking up very little hard drive space <br><br> Natively integrated into Mac Finder      Natively integrated into Windows Explorer <br><br> Easily share and collaborate on files      Easily share and collaborate on files |

U.S. PAT. NO. 6,470,345 v. Box

| Claim | Accused Products |
|---|---|
| | <br><br>Source: https://www.box.com/resources/downloads |
| 17a) program instructions that read a name string to be | The Accused Products comprise computer-implemented systems that use program instructions to cause the system to read file and folder name strings to be converted into a list of tokens.<br><br>*See* above at 1a). |

U.S. PAT. NO. 6,470,345 v. Box

| Claim | Accused Products |
|---|---|
| converted into a list of tokens; | |
| 17b) program instructions that canonicalize a current working directory and the name string to form a pathname containing a plurality of substrings; | The Accused Products comprise computer-implemented systems that use program instructions to cause the system to perform a step of canonicalizing a current working directory and the name string to form a pathname containing a plurality of substrings.<br><br>*See* above at 1b). |
| 17c) program instructions that parse the pathname and replace each substring with an associated token; and | The Accused Products comprise computer-implemented systems that use program instructions to cause the system to perform the step of parsing the pathname and replacing each substring with an associated token.<br><br>*See* above at 1c). |
| 17d) program instructions that validate the parsed pathname containing the list of tokens. | The Accused Products comprise computer-implemented systems that use program instructions to cause the system to perform the step of validating the parsed pathname containing the list of tokens.<br><br>*See* above at 1d). |