UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNILOC 2017 LLC,<br><br>      Plaintiff,<br><br>v.<br><br>BOX, INC.,<br><br>      Defendant. | Case No. 18-cv-07038-TSH<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Jon S. Tigar for consideration of whether the case is related to *Uniloc 2017 LLC v. Box, Inc.*, 18-cv-03432-JST.

**IT IS SO ORDERED.**

Dated: November 28, 2018

THOMAS S. HIXSON
United States Magistrate Judge