Aaron S. Jacobs (Cal. State Bar No. 214953)
ajacobs@princelobel.com
James J. Foster
jfoster@princelobel.com
PRINCE LOBEL TYE LLP
One International Place, Suite 3700
Boston, MA 02110
617-456-8000

Matthew D. Vella (Cal. State Bar No. 314548)
mvella@princelobel.com
PRINCE LOBEL TYE LLP
410 Broadway Avenue, Suite 180
Laguna Beach, CA 92651

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNILOC 2017 LLC, | Case No.: 3:18-cv-07038-JST |
| Plaintiff, | |
| v. | PLAINTIFF'S ADMINISTRATIVE MOTION TO CONTINUE THE INITIAL CASE MANAGEMENT CONFERENCE |
| BOX, INC., | |
| Defendant. | |

Uniloc 2017 LLC ("Uniloc") files this administrative motion to continue the March 20, 2019, initial case management conference in this action.

Box was served on February 27, 2019, and Box's counsel has not yet made an appearance. So, it would be premature to hold an Initial Case Management Conference on March 20, 2019. As such, Uniloc respectfully requests that the Initial Case Management Conference be rescheduled to May 1, 2019, by which time Box's counsel will have made an appearance in this case and Box will have responded to the Complaint.

1
**PLAINTIFF'S ADMINISTRATIVE MOTION TO CONTINUE THE INITIAL CASE MANAGEMENT CONFERENCE**
3150340.v1

| | |
|---|---|
| Date:  March 1, 2019 | Respectfully submitted,<br><br>*/s/ Aaron S. Jacobs*<br>Aaron S. Jacobs (Cal. State Bar No. 214953)<br>ajacobs@princelobel.com<br>James J. Foster<br>jfoster@princelobel.com<br>PRINCE LOBEL TYE LLP<br>One International Place, Suite 3700<br>Boston, MA 02110<br>617-456-8000<br><br>Matthew D. Vella (Cal. State Bar No. 314548)<br>mvella@princelobel.com<br>PRINCE LOBEL TYE LLP<br>410 Broadway Avenue, Suite 180<br>Laguna Beach, CA 92651<br><br>ATTORNEYS FOR THE PLAINTIFF |